UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLOTTE COFFANEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. 3:15-CV-05830-MJP-DWC<br><br>ORDER REVERSING AND REMANDING DEFENDANT'S DECISION TO DENY BENEFITS |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The ALJ erred in his decision as described in the Report and Recommendation;

(3) The matter is therefore **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further proceedings;

(4) **JUDGMENT** is for plaintiff and the case should be closed;

(5) The Clerk is directed to send copies of this Order to counsel of record.

1   Dated this 6th day of June, 2016.

            Marsha J. Pechman
            United States District Judge

ORDER REVERSING AND REMANDING
DEFENDANT'S DECISION TO DENY BENEFITS
- 2